

FILED

AUG 3 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | S.W. NO. 11-SW-124-GGH |
| ) | |
| 2505 5TH STREET APARTMENT 242 ) | |
| DAVIS, CALIFORNIA 95616 ) | |
| ) | ORDER TO UNSEAL DOCUMENTS |
| _____ ) | |

The Court hereby orders that the affidavit, search warrant application, search warrant, petition to seal, and sealing order in the above-referenced case shall be unsealed.

DATED: 8/31/11

_____
DALE A. DROZD
United States Magistrate Judge